IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DIANA MICELI                                                                                   PLAINTIFF

        v.                              Civil No. 03-1024

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                  DEFENDANT

## JUDGMENT

On this 22nd day of June, 2006, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Tylar C.M. Tapp, III, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees in the amount of $2,031.25 under *28 U.S.C. § 2412*.

IT IS SO ORDERED.

                                              /s/Bobby E. Shepherd
                                              Honorable Bobby E. Shepherd
                                              United States Magistrate Judge

**AO72A**
**(Rev. 8/82)**